Robert S. Whitmore
3600 Lime Street, Suite #616
Riverside, CA 92501
Telephone: (951) 276-9292

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL
## RIVERSIDE

In re

MICHAEL SANTA MARIA
STACIA SANTA MARIA

         Debtor.

Case No. 6:05-17537-MJ
Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS 3011**

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 131 in the sum of $359.72 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: September 16TH, 2011

                                             */s/ Robert S. Whitmore*
                                             ROBERT S. WHITMORE
                                             Chapter 7 Trustee

```
==================================================================
CLAIM NO.    NAME & ADDRESS                    AMOUNT OF      AMOUNT OF
(if any)     OF CLAIMANTS                      ALLOWED CLAIM  DIVIDEND
==================================================================
#30          US BANK - CUSTOMER SERVICE        $ 5,884.86     $359.72
             PFF BANK & TRUST
             3121 MICHELSON DR
             SUITE #500
             IRVINE, CA 92612


                               TOTALS:         $ 5,884.86     $ 359.72
```

CASE NAME: MICHAEL & STACIA SANTA MARIA

CASE NUMBER: 6:05-17537-MJ

**BANK OF AMERICA, N.A.**

CHECK NUMBER

**131**

ROBERT S. WHITMORE, TRUSTEE
3600 LIME STREET, STE. 616
RIVERSIDE, CA 92501

| DATE | AMOUNT |
|---|---|
| 09/16/11 | *********359.72 |

**1971566**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-17537    MJ | Debtor: SANTA MARIA, MICHAEL |
| | Joint Debtor: SANTA MARIA, STACIA |

USBK FISCAL
U.S. BANKRUPTCY COURT
FEDERAL BLDG. FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

*Three Hundred Fifty Nine Dollars And 72/100*

*Robert S. Whitmore* (signature)

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑆000131⑆ ⑈111000012⑈ 4428474997⑉

| Date: 09/16/11 | Check Number: 131 | Amount: 359.72 |
|---|---|---|

Case Number: 05-17537    MJ
Debtor Name: SANTA MARIA, MICHAEL

| Paid To: | USBK FISCAL<br>U.S. BANKRUPTCY COURT<br>FEDERAL BLDG. FISCAL DEPT.<br>255 E. TEMPLE STREET<br>LOS ANGELES, CA 90012 | Trustee: | (951) 276-9292<br>ROBERT S. WHITMORE, TRUSTEE<br>3600 LIME STREET, STE. 616<br>RIVERSIDE, CA 92501 |
|---|---|---|---|

Description:  UNCLAIMED DIVIDENDS    CLAIM #30

Bank Account Number:  4428474997